JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND MOORE; DEANTIERIA MCKNIGHT; ADAM VICKMAN; and LOVIE WHITE,<br><br>Plaintiff,<br><br>v.<br><br>401 SEA BREEZE APTS LLC, a Delaware Limited Liability Company; GGE MANAGEMENT LLC, a California Limited Liability Company; PATRICK ELKIN; and LUIS REYES,<br><br>Defendant. | Case No. 2:25-cv-01176-AB-DFM<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 16, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.