1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION**

| | |
|---|---|
| DESMOND MOORE; DE ANTIERA MCKNIGHT; ADAM VICKMAN; AND LOVIE WHITE, | Case No. 2:25-cv-01176-AB-DFM |
| Plaintiffs, | [PROPOSED] PROTECTIVE ORDER |
| vs. | Complaint Served: February 20, 2025 |
| 401 SEA BREEZE APTS LLC, A DELAWARE LIMITED LIABILITY COMPANY; GGE MANAGEMENT LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; PATRICK ELKIN; AND LUIS REYES, | |
| Defendants. | |

Having considered the parties' Stipulated Protective Order, and good cause therefore, the Court hereby approves the Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated:   June 4, 2025

_____

HONORABLE DOUGLAS F. MCCORMICK.
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] PROTECTIVE ORDER